D+F+scan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

VIRGIN RECORDS AMERICA, INC., a
California corporation; UMG RECORDINGS,
INC., a Delaware corporation; WARNER BROS.
RECORDS INC., a Delaware corporation;
ELEKTRA ENTERTAINMENT GROUP INC., a : Civil Action No.: 04CV5458 (DGT)
Delaware corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; and BMG MUSIC, a New York    Filed Electronically
general partnership,

           Plaintiffs,

-against-

PEGGY PAPPAS,

           Defendant.

---------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 ... ★
P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand and Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred and Fifteen Dollars ($215.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

1

- "We Didn't Start the Fire," on album "Storm Front," by artist "Billy Joel" (SR# 109-420);

- "Don't Happen Twice," on album "Greatest Hits," by artist "Kenny Chesney" (SR# 277-700);

- "Man In The Mirror," on album "Bad," by artist "Michael Jackson" (SR# 84-256);

- "In The Summertime," on album "Boombastic," by artist "Shaggy" (SR# 222-048);

- "Shape Of My Heart," on album "Ten Summoner's Tales," by artist "Sting" (SR# 174-453);

- "Angel," on album "Hot Shot," by artist "Shaggy" (SR# 286-657);

- "Just to Hear You Say That You Love Me," on album "Faith," by artist "Faith Hill" (SR# 253-752);

- "Fast Car," on album "Tracy Chapman," by artist "Tracy Chapman" (SR# 92-491);

- "Roni," on album "Don't Be Cruel," by artist "Bobby Brown" (SR# 93-332);

- "Every Breath You Take," on album "Synchronicity," by artist "The Police" (SR# 44-862);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has

downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _May 4, 2005_   By: _s/David G. Trager_
                                                           Hon. David G. Trager
                                                           United States District Judge